*Order Entered July 26, 2013:*

AUTO-OWNERS INSURANCE COMPANY V ALL STAR LAWN SPECIALISTS PLUS,
INC, Docket No. 307711. The Court orders that a special panel shall be
convened pursuant to MCR 7.215(J) to resolve the conflict between this
case and *Amerisure Ins Co v Time Auto Transp, Inc*, 196 Mich App 569;
493 NW2d 482 (1992).

The Court further orders that the following portions of the opinion in
this case released on July 9, 2013, are vacated: (1) Section I in its entirety,
(2) Section II, paragraph 2, and (3) Section III, paragraph 2.[*]

---

[*] New opinion reported at 301 Mich App 515—REPORTER.

Appellant may file a supplemental brief within 21 days of the Clerk's certification of this order. Appellee may file a supplemental brief within 21 days of service of appellant's brief.

Gleicher, J., disqualified herself from participating in this matter.